IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEWEL BARBER,                                        1:10-cv-00402-DLB (HC)

        Petitioner,                          ORDER GRANTING MOTION
                                TO PROCEED IN FORMA PAUPERIS
     vs.
                                (DOCUMENT #21)
J. D. HARTLET,

        Respondent.
_____/

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2254.

     Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

prison trust account statement.   Examination of these documents reveals that petitioner is unable to

afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

See 28 U.S.C. § 1915.

     IT IS SO ORDERED.

   **Dated:**   **March 11, 2010**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE